Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
Karena K. Ioannou
kioannou@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiffs*
*Moonbug Entertainment Limited and*
*Treasure Studio Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOONBUG ENTERTAINMENT LIMITED and TREASURE STUDIO INC.,<br><br>*Plaintiffs*<br><br>v.<br><br>AUTUMN SELL, AYLIN, BG BOD, COCONEW, COOLEMA, CORODER, DAWEI PARTY, EXCELLETOYZ, E-YONG, FIRST SIGHT 1986, GAVIN DIRECT US, GREATPARTYGIF, GUANGDONGCHENGQIANGJIANSHEGONGCHENGYOU XIANGONGSI, GUILIN MINGXUAN, GUOYUJIA, HAORANKE GIFT SHOP, HUGEONE, JH112, JIEOU, JUSUWK, KALENO DIRECT, KRUIDENIERSWINKELS, LIGEN-TECH, LINZHIDIANZI, MANGO LADY, MARWIO, MEISIYU, MOUISITON MALL, PINK ROM, QIDUN TRADE CO LTD, RUNHOME, RUNNIANSHANGWU168, SHUERJIA, SZMIYU, TELIKE, THUCI, TINTING3, TONGPAOTIYU, VISIT THE PP TOY STORE, W_MALL, WELLCHOY, WUDIXIANSOAIESYFBAIHUODIAN, | **21-cv-10328 (NRB)**<br><br>**~~[PROPOSED]~~**<br>**UNSEALING ORDER** |

XINGXIU, YIMENGFUSHIYOUXIANGONGSI, YIONEYI, YURDOOP and 西咸新区沣东新城代环涛百货店

*Defendants*

WHEREAS the sealing in this Action is no longer warranted; it is hereby

ORDERED that the case be unsealed and that the prior filings be uploaded to the Court's Electronic Case Filing system.

SIGNED this   3rd   day of      January     , 2022.
New York, New York

                                            HON. NAOMI REICE BUCHWALD
                                            UNITED STATES DISTRICT JUDGE